# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| HAROLD TIDWELL, | ) | Case No. CV 08-0437-TJH (MLG) |
| Petitioner, | ) | ORDER ACCEPTING AND ADOPTING |
| v. | ) | FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| EVANS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files, including the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

Dated: September 4, 2008

_____
Terry J. Hatter, Jr.
United States District Judge