JS-6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| HAROLD TIDWELL, | ) | Case No. CV 08-0437-TJH (MLG) |
| | ) | |
|      Petitioner, | ) | JUDGMENT |
| | ) | |
|      v. | ) | |
| | ) | |
| EVANS, Warden, | ) | |
| | ) | |
|      Respondent. | ) | |
| | ) | |
| _____ | ) | |

    IT IS ADJUDGED that the petition is denied with prejudice.

Dated: September 4, 2008

Terry J. Hatter, Jr.
United States District Judge